UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6086 GAF (PLAx) | Date | September 10, 2010 |
|---|---|---|---|
| Title | Maria Bermudez v. JC Penney Company Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None | | None | |

**Proceedings:** (In Chambers)

**ORDER TO SHOW CAUSE**

On July 22, 2010, Plaintiff Maria Bermudez ("Bermudez") filed this action against defendant J.C. Penney Corporation, Inc. ("J.C. Penney") in Los Angeles Superior Court. (Not., Ex. A [Compl.].) J.C. Penney seeks to remove the action to this Court pursuant to 28 U.S.C. § 1332. J.C. Penney, however, has failed to properly plead Bermudez's citizenship.

"[T]he diversity jurisdiction statute, 28 U.S.C. § 1332, speaks of citizenship, not of residency." Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001) (citing Newman-Green, Inc. v. Alfonzo-Larrain, 490 U.S. 826, 828 (1989)). A person's state of citizenship is "determined by her state of domicile, not her state of residence." Id.; see also Mantin v. Broad. Music, Inc., 244 F.2d 204, 206 (9th Cir. 1957) (concluding that an allegation that the plaintiff was "residing in the County of Los Angeles, State of California" failed to establish the plaintiff's citizenship and thus diversity jurisdiction did not exist).

Here, J.C. Penney indicates that Bermudez is a "resident [of] the County of Los Angeles, California." (Not., Dec. Kathleen A. Hunt ¶ 4.) This allegation is insufficient to inform the Court of Bermudez's citizenship: Therefore, this Court cannot determine whether diversity of citizenship exists. To properly invoke this Court's subject matter jurisdiction, J.C. Penny must allege Bermudez's state of *citizenship* as opposed to her state of *residency*.

Target is **ORDERED TO SHOW CAUSE no later than Monday, September 20, 2010**, and explain why this case should not be dismissed for lack of subject matter jurisdiction.

LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6086 GAF (PLAx) | Date | September 10, 2010 |
|---|---|---|---|
| Title | Maria Bermudez v. JC Penney Company Inc et al | | |

A written memorandum addressing the Court's concerns shall constitute a sufficient response to this order. If Bermudez fails to respond to this Court's order, the Court will deem it as consent to dismiss the case.

    **IT IS SO ORDERED.**